# ALABAMA COURT OF CRIMINAL APPEALS



June 20, 2025

**CR-2024-0115**
Antonio Deon Reed v. State of Alabama (Appeal from Jefferson Circuit Court: CC-09-1090.65)

## NOTICE

You are hereby notified that on June 20, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk